# United States District Court
# Central District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>SAMUEL BRASLAU; STUART E. RAWITT; RAND J. CHORTKOFF,<br><br>                    Defendants. | Case No. 2:14-cv-1290-ODW(AJWx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the criminal conviction of Samuel Braslau and guilty plea of Stuart E. Rawitt, as well as the death of Rand J. Chortkoff, the Court hereby **ORDERS** the Plaintiff **TO SHOW CAUSE**, in writing, **no later than Friday, August 21, 2015**, why this case has not been closed. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal.

**IT IS SO ORDERED.**

August 12, 2015

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**