# United States District Court
# Central District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>SAMUEL BRASLAU; RAND J. CHORTKOFF; and STUART E. RAWITT,<br><br>                Defendants. | Case No. 2:14-CV-01290-ODW (AJWx)<br><br>**ORDER TO SHOW CAUSE RE: MOTION FOR SUMMARY JUDGMENT [39]** |

     On August 27, 2015, Plaintiff Securities and Exchange Commission ("SEC") filed a Motion for Summary Judgment as to the liability of Defendant Samuel Braslau ("Braslau") for civil violations of the federal securities laws under the collateral estoppel doctrine. The SEC also seeks imposition of a permanent injunction barring Braslau from further violations of the federal securities laws.

     As of the date of this Order, Braslau has not filed an Opposition to the SEC's Motion. Braslau is therefore **ORDERED TO SHOW CAUSE**, in writing, no later than **Friday**, **November 20, 2015**, why the Court should not grant the SEC's Motion

for Summary Judgment. Specifically, Braslau should focus his attention on why the Court should not grant the permanent injunction requested by the SEC.

No hearing will be held.

**IT IS SO ORDERED.**

November 3, 2015

                              _____
                                **OTIS D. WRIGHT, II**
                            **UNITED STATES DISTRICT JUDGE**