O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BRASLAU, et al.,<br><br>Defendants. | Case No: 2:14-cv-01290-ODW-AJW<br><br>**ORDER VACATING ORDER TAKING MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION [88] AND ALLOWING A CONTINUANCE FOR BRIEFING AND HEARING DATE** |

Pursuant to the parties' agreement and Defendant's unavailability of counsel (ECF No. 87), the Court hereby **VACATES** its October 31, 2016, Order taking Plaintiff's Motion for Summary Judgment under submission. (ECF No. 88.) In addition, the Court hereby allows a **CONTINUANCE** of the briefing schedule and hearing date for Plaintiff's Motion for Summary Judgment (ECF No. 85.) The new

dates and deadlines, taking into account parties' proposed dates and reflecting Court holidays, shall be as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Chortkoff Opposition Due | October 17, 2016 | January 23, 2017 |
| Plaintiff Reply Due | October 24, 2016 | January 30, 2017 |
| Hearing on Motion for Summary Judgment (1:30pm) | November 7, 2016 | February 13, 2017 |

**IT IS SO ORDERED**.

November 3, 2016

_____

           **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**