**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:14-cv-01290-ODW (AJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAMUEL BRASLAU; RAND J. CHORTKOFF; and STUART E. RAWITT, | |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC") moved for summary judgment against the Estate of Rand J. Chortkoff, the one remaining defendant in this case, and Chortkoff's estate did not oppose. (*See* ECF Nos. 85; 90.) On March 3, 2017, this Court granted the SEC's motion.

In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Rand J. Chortkoff is liable for the SEC's claims of fraud and acting as an unregistered broker-dealer;

2. The Estate of Rand J. Chortkoff shall disgorge the amount of One Hundred Fifty-Three Thousand, Four Hundred Dollars ($153,400) to Plaintiff SEC,

representing Chortkoff's ill-gotten gains; and

3. The Estate of Rand J. Chortkoff shall pay Plaintiff SEC prejudgment interest in the amount of Twelve Thousand, Six Hundred and Fifteen Dollars ($12,615).

**IT IS SO ORDERED.**

March 6, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**